872 A.2d 1050

GAYATRI SHAH, PLAINTIFF–RESPONDENT, v. MAYANK SHAH, DEFENDANT–APPELLANT.

April 6, 2005.

## ORDER

This matter having come before the Supreme Court on a grant of defendant's petition for certification, 182 *N.J.* 630, 868 *A.*2d 1032 (2005),

And the Court having reviewed the record and having determined that the matter is clearly interlocutory within the meaning of *Rule* 2:2–5(a) and should have been presented to the Court as a motion for leave to appeal pursuant to *Rule* 2:5–6(a),

And good cause appearing;

IT IS ORDERED that the Order granting certification is vacated; and it is further

ORDERED that on the Court's own motion, leave to appeal the interlocutory disposition of the Appellate Division is granted, as within time.